# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROPEAN TRAVEL AGENCY CORP., et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>ALLSTATE INSURANCE COMPANY,<br>　　　Defendant. | CV 22-1141 DSF (KSx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss and Plaintiffs having failed to amend their complaint within the time allowed by the Court,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 3, 2022

　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge